

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00217-CV

**IN THE INTEREST OF H.V.S.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00393
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED September 23, 2020.

_____
Beth Watkins, Justice